No. 67022.—Allied Van Lines, Inc., et al. *v.* United States, protests 59/5647, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of lift vans the same in all material respects as those the subject of *W. J. Byrnes & Co. et al.* v. *United States* (47 Cust. Ct. 73, C.D. 2282), the claim of the plaintiffs was sustained.

No. 67023.—Gramercy Guild Group, Inc. *v.* United States, protests 59/28799, 59/30082, and 60/11169 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic articles similar in all material respects to those the subject of Abstract 64292, the claim of the plaintiff was sustained.